UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIREZA KOOCHAKKHANI and TARANEH ETEMADI,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; CLEAR RECON CORP.; THE RMAC TRUST, SERIES 2016-CTT; CAPITAL ONE; ING DIRECT; ING BANK; GLOBAL FUNDINGS and DOES 1 TO 100, inclusive,<br><br>　　　　　　　Defendants. | Case No. 3:19-cv-06412-SK<br><br>**[PROPOSED] ORDER** |

[PROPOSED] ORDER

The Court, having considered Defendants Rushmore Loan Management Services LLC ("Rushmore"); U.S. Bank National Association as Trustee for the RMAC Trust, Series 2016-CTT [erroneously sued as U.S. Bank National Association; and The RMAC Trust, Series 2016-CTT] ("U.S. Bank"); and The RMAC Trust, Series 2016-CTT ("RMAC") (collectively, "Defendants") motion to dismiss in this action and the papers filed in support of and in opposition to the motion, and having heard counsel's oral argument, and being fully advised in the premises, now, therefore, it is hereby

ORDERED that the motion to dismiss of Rushmore; U.S. Bank; and RMAC be, and the same hereby is, GRANTED; and it is further

ORDERED that plaintiffs' Complaint be, and the same hereby is, dismissed with prejudice.

DATED this _____ day of _____, 2019.

_____
United States Magistrate Judge