UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIREZA KOOCHAKKHANI, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>CAPITAL ONE, et al.,<br><br>   Defendants. | Case No. 19-cv-06412-SK<br><br>**CONDITIONAL DISMISSAL** |

Plaintiff advises the Court that the parties have reached a settlement of this case and expect to file a dismissal with prejudice within thirty days. (Dkt. 52.) Therefore, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, within sixty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after passage of sixty days, the dismissal shall be **with** prejudice.

**IT IS SO ORDERED**.

Dated: August 4, 2020

_____
SALLIE KIM
United States Magistrate Judge